| | |
|---|---|
| Wade M. Hansard, # 76676<br>Annette A. Ballatore-Williamson, # 192176<br>Patricia J. Haley, #234858<br>McCormick, Barstow, Sheppard<br>Wayte & Carruth LLP<br>5 River Park Place East<br>Fresno, CA 93720<br>Telephone:   (559) 433-1300<br>Facsimile:    (559) 433-2300 | (SPACE BELOW FOR FILING STAMP ONLY) |

Attorneys for Defendants
GLOBE LIFE AND ACCIDENT
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

FRESNO DIVISION

| | |
|---|---|
| VICTOR HORG,<br><br>           Plaintiff,<br><br>    v.<br><br>GLOBE LIFE AND ACCIDENT INSURANCE COMPANY, and DOES 1 through 25, inclusive,<br><br>           Defendants. | Case No.  1:05 cv 01073 REC SMS<br><br>**STIPULATION AND ORDER REGARDING SCHEDULING ORDER** |

The parties, by and through their respective attorneys of record, stipulate and agree to revise the current Scheduling Order, entered October 26, 2005, as follows:

The deadline for disclosing expert witnesses, including reports, shall be re-scheduled from April 21, 2006 to June 2, 2006.

The deadline for disclosing supplemental expert witnesses shall be re-scheduled from May 8, 2006 to June 30, 2006.

The deadline for conducting all party discovery, including expert witness discovery, shall be re-scheduled from June 16, 2006 to July 28, 2006.

The deadline for bringing all motions, both dispositive and non-dispositive,

**STIPULATION AND ORDER REGARDING SCHEDULING ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

1  shall be re-scheduled from July 7, 2006 and June 16, 2006, respectively, to July 28,
2  2006.
3      The Mandatory Settlement Conference shall remain scheduled for September
4  7, 2006.
5      The Pre-Trial Conference shall remain scheduled for September 21, 2006.
6      The Trial shall remain scheduled for October 31, 2006, at 9:00 a.m.
7      IT IS SO STIPULATED.
8
9  Dated:  April 20, 2006                McLAUGHLIN SULLIVAN LLP
10
11                                 By:    /S/ Timothy Sullivan
                                         Tim Sullivan
12                                       Attorneys for Plaintiff
                                         VICTOR HORG
13
14 Dated:  April 19, 2006                McCORMICK, BARSTOW, SHEPPARD
                                         WAYTE & CARRUTH LLP
15
16
17                                 By:    /S/ Annette Ballatore-Williamson
                                         Annette A. Ballatore-Williamson
18                                       Attorneys for Defendants
                                         GLOBE LIFE AND ACCIDENT
19                                       INSURANCE COMPANY
20     IT IS SO ORDERED.
21
22
23
24
25
26
27
28

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD,
SUITE 350

2

**STIPULATION AND ORDER REGARDING SCHEDULING ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

1 | Dated: 4/20/2006

By:  /s/ Sandra M. Snyder

The Honorable Sandra Snyder
Magistrate Judge, U.S. District Court
Eastern District of California

31583/00001-959273.v1

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD,
SUITE 350

3

**STIPULATION AND ORDER REGARDING SCHEDULING ORDER**

PDF created with pdfFactory trial version www.pdffactory.com