William T. McLaughlin II    #116348
Timothy R. Sullivan         #128467
**McLAUGHLIN SULLIVAN LLP**
1396 W. Herndon, Suite 106
Fresno, California 93711
Tel: (559) 439-8200
Fax: (559) 439-8230

Attorneys for Plaintiff, VICTOR HORG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR HORG,<br><br>              Plaintiff(s),<br><br>    v.<br><br>GLOBE LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>              Defendant(s). | Case No. 1:05-CV-01073-REC-SMS<br><br>**STIPULATION AND ORDER FOR RELEASE OF CORONER'S PHOTOGRAPHS OF THE SCENE INVESTIGATION INTO THE DEATH OF DEBORAH STARR HORG** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the photographs held by the Fresno County Coroner's office relating to the scene investigation of the death of Deborah Starr Horg shall be released to counsel of record for the deceased spouse, Victor Horg, McLaughlin Sullivan, LLP for the limited purpose of this litigation. Autopsy photographs shall <u>not</u> be included in this stipulation.

///
///
///
///
///

MCLAUGHLIN SULLIVAN LLP
1396 W. Herndon
Suite 106
Fresno, California 93711

STIPULATION AND ORDER FOR RELEASE OF CORONER'S PHOTOGRAPHS OF THE SCENE INVESTIGATION INTO THE DEATH OF DEBORAH STARR HORG

PDF created with pdfFactory trial version www.pdffactory.com

Good cause exists for such an order because the parties anticipate such photographs are relevant and necessary at the time of trial of this action.

This stipulation is authorized to be executed by facsimile signature.

Dated:     April 25, 2006          **McLAUGHLIN SULLIVAN LLP**


By: /s/ Timothy R. Sullivan
    Timothy R. Sullivan
    Attorneys for Plaintiff
    VICTOR HORG


Dated:     April 24, 2006          **McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH**


By:/s/ Wade M. Hansard
   Wade M. Hansard
   Attorneys for Defendants
   GLOBE LIFE AND ACCIDENT
   INSURANCE COMPANY

### **ORDER**

**IT IS ORDERED** that, based on the foregoing stipulation of the parties, and good cause appearing therefore, photographs held by the Fresno County Coroner's office relating to the scene investigation into the death of Deborah Starr Horg shall be released to counsel of record for the deceased spouse, Victor Horg, McLaughlin Sullivan, LLP for the limited purpose of this litigation.  Autopsy photographs shall not be included in this order.

Dated: _May 3,_____, 2006          /s/ ROBERT E. COYLE
                                   JUDGE ROBERT E. COYLE

00009054.000

PDF created with pdfFactory trial version www.pdffactory.com