1  Wade M. Hansard, # 76676  (SPACE BELOW FOR FILING STAMP ONLY)
   Annette A. Ballatore-Williamson, # 192176
2  Patricia J. Haley, #234858
   McCormick, Barstow, Sheppard
3  Wayte & Carruth LLP
   5 River Park Place East
4  Fresno, CA 93720
   Telephone:  (559) 433-1300
5  Facsimile:   (559) 433-2300

6  Attorneys for Defendants
   GLOBE LIFE AND ACCIDENT
7  INSURANCE COMPANY

8

9              UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT

11                   FRESNO DIVISION

12

| | |
|---|---|
| 13  VICTOR HORG, | Case No.  1:05 cv 01073 REC SMS |
| 14           Plaintiff, | **ORDER STRIKING FROM THE RECORD DOCUMENT NUMBER 24 OR IN THE ALTERNATIVE PLACING SUCH DOCUMENT UNDER SEAL** |
| 15       v. | |
| 16  GLOBE LIFE AND ACCIDENT INSURANCE COMPANY, and | |
| 17  DOES 1 through 25, inclusive, | [Accompanying Documents: Ex Parte Application and Memorandum of Points and Authorities; Declaration of Patricia J. Haley] |
| 18           Defendants. | |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD,
SUITE 350

[PROPOSED] ORDER 1:05 CV 01073 REC SMS

PDF created with pdfFactory trial version www.pdffactory.com

The Court having considered the Ex Parte Application and good cause appearing,

1.  **IT IS HEREBY ORDERED** that Document Number 24 (Defendant's Offer of Judgment) in this Court's PACER docket under case number 1:05 cv 01073 REC SMS, be stricken and deleted from the record.

Dated: 5/3/2006   /s/ Sandra M. Snyder

HONORABLE SANDRA SNYDER
United States District Court Magistrate Judge

Submitted by:

/S/ Patricia Haley
Wade M. Hansard
Annette A. Ballatore-Williamson
Patricia J. Haley
Attorneys for Defendants
GLOBE LIFE AND ACCIDENT
INSURANCE COMPANY

31583/00001-963096.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD,
SUITE 350

2

[PROPOSED] ORDER 1:05 CV 01073 REC SMS

PDF created with pdfFactory trial version www.pdffactory.com