William T. McLaughlin II   #116348
Timothy R. Sullivan   #128467
**McLAUGHLIN SULLIVAN LLP**
1396 W. Herndon, Suite 106
Fresno, California 93711
Tel: (559) 439-8200
Fax: (559) 439-8230

Attorneys for Plaintiff, VICTOR HORG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR HORG, | Case No. 1:05-CV-01073-REC-SMS |
| Plaintiff, | STIPULATION OF DISMISSAL |
| v. | |
| GLOBE LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated:   June 1, 2006            **McLAUGHLIN SULLIVAN LLP**

By:/s/ Timothy R. Sullivan
   TIMOTHY R. SULLIVAN
   Attorney for Plaintiff
   VICTOR HORG

///
///
///
///
///

Stipulation of Dismissal

PDF created with pdfFactory trial version www.pdffactory.com

1 | Dated:    June 1, 2006                    **McCORMICK, BARSTOW LLP**

                                              By:/s/_____
                                                ANNETTE BALLATORE-WILLIAMSON
                                                Attorney for Defendant
                                                GLOBE LIFE AND ACCIDENT
                                                INSURANCE COMPANY

Dated:  June _1__, 2006                       __/s/ ROBERT E. COYLE___
                                              HONORABLE ROBERT E. COYLE
                                              United States District Court  Judge

McLAUGHLIN
SULLIVAN LLP
1396 W. Herndon
Suite 106
Fresno, California 93711

00010111.000

2
Stipulation of Dismissal

PDF created with pdfFactory trial version www.pdffactory.com